UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTIAN TAMAYO, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| | § | CIVIL ACTION NO. SA-14-CV-955-XR |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| V. | § § § | |
| TIER ONE SECURITY, INC, TIMEKEEPERS INC., AND SHAWN FLUITT, | § § § § § | |
| Defendants. | § | |

## ADVISORY TO THE COURT

Pursuant to the Court's February 17, 2015 Order, Plaintiff files this Advisory.

1. Christian Tamayo, ("Plaintiff") is an employee of Timekeepers, Inc., Tier One Security, Inc., and Shawn Fluitt (hereinafter collectively "Defendants") (the Plaintiff and Defendants collectively herein as the "Parties"). Defendants hire security guards to provide gate guard and security services. The Plaintiff is a guard employed by the Defendants.

2. On March 26, 2015 the Parties attended a scheduling conference before this Court. The Court inquired about service of process on all Defendants. At that time, Plaintiff had not yet served Defendant Fluitt. The Court ordered Plaintiff's counsel and Defense Counsel to confer about service of process for Defendant Fluitt, and for Plaintiff's counsel to share with Defense counsel the affidavit of attempted services. If the Parties could not agree, the Court ordered Plaintiff's counsel to expeditiously file a Motion for Substituted Service.

3. Plaintiff's counsel sent the affidavit of attempted services to Defense counsel via email on April 1, 2015.

4. Subsequently, Defense counsel accepted service for Defendant Shawn Fluitt on April 1, 2015.

>**Respectfully submitted,**
>
>KENNEDY HODGES, LLP
>
>By: /s/ David W. Hodges
>    David W. Hodges
>    State Bar No. 00796765
>    dhodges@kennedyhodges.com
>    711 W. Alabama St.
>    Houston, Texas 77006
>    Telephone: (713) 523-0001
>    Facsimile: (713) 523-1116
>
>**ATTORNEY FOR PLAINTIFF
>& CLASS MEMBERS**

OF COUNSEL:
Beatriz Sosa-Morris
State Bar No. 24076154
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116
Bsosamorris@kennedyhodges.com

### CERTIFICATE OF SERVICE

I certify that this document was served on all parties on April 2, 2015 via the Western District Court's CM/ECF system.

>/s/ David W. Hodges
>David W. Hodges